JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO MUNOZ, | CASE NO. CV 17-1828-JLS (PJW) |
| Petitioner, | |
| v. | J U D G M E N T |
| DANIEL PARAMO, WARDEN, | |
| Respondent. | |

Pursuant to the Order Accepting Report and Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: August 13, 2018.

JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE